Gary GANDY, Appellant,

v.

STATE of Missouri, Respondent.

No. 71356.

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 21, 1997.

Dave Hemingway, Asst. Sp. Public Defender, St. Louis, for appellant.

Jeremiah (Jay) Nixon, Atty. Gen., Jill LaHue, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.

**ORDER**

PER CURIAM.

Defendant, Gary Gandy, appeals from the denial of his Rule 24.035 motion without an evidentiary hearing.

The judgment of the trial court is based on findings of fact that are not clearly erroneous; no error of law appears. An opinion would have no precedential value.

The judgment of the trial court is affirmed. Rule 84.16(b).

Ann Kathleen MATTHEWS n/k/a Ann Kathleen Shelton, Respondent,

v.

Dean MATTHEWS, Appellant.

No. 71413.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 21, 1997.

Ann Kathleen Matthews, Washington, pro se.

Charles Edward Taylor, II, St. Louis, for respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Dean Matthews, appeals the judgment of the Circuit Court of St. Louis County modifying a decree of dissolution of marriage. We affirm.

We have reviewed the briefs, the legal file and the transcript and find the judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence, and does not erroneously declare or apply the law. As we further find an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b).